UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID WILLIAM BARRETT,<br><br>　　　　Defendant. | 1:18-cr-241<br>Hon. Paul L. Maloney<br><br>PETITION FOR WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

TO:　HONORABLE ELLEN S. CARMODY
　　　UNITED STATES MAGISTRATE JUDGE
　　　WESTERN DISTRICT OF MICHIGAN

　　　Now comes Davin M. Reust, Assistant United States Attorney for the Western District of Michigan, and attorney for the plaintiff, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

　　　1.　　That on or about November 7, 2018, an Indictment was returned against defendant charging him with sexual exploitation of a minor in violation of Title 18, United States Code, Section 2251(a) and (e).

　　　2.　　That the defendant is presently incarcerated at the Kent County Jail, and that he cannot be produced and appear before this Court for a hearing on November 13, 2018, at 2:00 p.m. without an order of this Court.

　　　WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, Kent County Jail, and to each and all of his

assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Grand Rapids, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Grand Rapids, Michigan, and at such other times and dates as the Court may decree, on November 13, 2018, at 2:00 p.m., and after the conclusion of this case that said defendant be returned to the Sheriff, Kent County Jail.

ANDREW BYERLY BIRGE
United States Attorney


/s/ Davin M. Reust
DAVIN M. REUST
Assistant United States Attorney


**ORDER**

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable November 13, 2018, at 2:00 p.m. for an initial appearance before the Honorable Ellen S. Carmody, United States Magistrate Judge in Grand Rapids, Michigan.

Dated:   November 7, 2018

ELLEN S. CARMODY
United States Magistrate Judge