UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID WILLIAM BARRETT,

        Defendant.
_____/

No. 1:18-cr-241

INDICTMENT
**PENALTY SHEET**

Sexual Exploitation of a Minor – 18 U.S.C. § 2251(a), (e)

**Minimum penalty:** Not less than 15 years

**Maximum penalty:** Not more than 30 years and/or $250,000 fine [18:3571]

**Supervised Release Minimum:** Not less than 5 years [18:3583]

**Supervised Release Maximum:** Not more than life [18:3583]

**Special Assessments**: $ 100 + $5,000 [18 U.S.C. § 3013; 3014]

**Restitution**: Mandatory [18:3663A]

**Other**: Sex Offender Registration

**FORFEITURE**


Date: November 8, 2018        /s/ Davin M. Reust
                                           Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046